E-FILED
Friday, 29 February, 2008 03:21:59 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 02-10059 |
| ANTHONY CURTIS, ) | |
| Defendant. ) | |

## **O R D E R**

The matter presently before the Court is a #189 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 as to Anthony Curtis. The Motion is GRANTED, and IT IS HEREBY ORDERED that the sentence of imprisonment is hereby REDUCED to 41 months or time served as of 3/3/2008. This Order is subject to the prohibition contained within USSG §1B1.10(b)(2)(C).

Entered this 29th Day of February, 2008.

s/ Michael M. Mihm
MICHAEL M. MIHM
U.S. DISTRICT JUDGE